*man, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 369. WARFIELD ET AL. *v.* MARKS ET AL. C. A. 5th Cir. Certiorari denied. *L. E. Gwinn* for petitioners. *P. H. Eager, Jr., M. M. Roberts, S. B. Laub* and *Frank E. Everett, Jr.* for respondents.

No. 377. LEVY *v.* DABNEY, TRUSTEE. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner. *Harold Harper* for respondent.

No. 378. UNIVERSAL EQUIPMENT Co. *v.* HARVEY CORPORATION. Supreme Court of Florida. Certiorari denied. *Thomas H. Anderson* for petitioner. *William Gresham Ward* for respondent.

No. 380. PFISTER ET AL. *v.* COW GULCH OIL Co. ET AL. C. A. 10th Cir. Certiorari denied. *Wendell Berge* for petitioners. *Warwick M. Downing* for the Cow Gulch Oil Co.; and *W. J. Wehrli* and *Ewing T. Kerr* for the Atlantic Refining Co., respondents.

No. 381. McCARTY ET AL. *v.* NELSON, ADMINISTRATOR, ET AL. Supreme Court of Minnesota. Certiorari denied. *E. Luther Melin* for petitioners. *L. Glenn Fassett, Jr.* for respondents.

No. 406. FORD MOTOR Co. *v.* PIERCE ET AL. C. A. 4th Cir. Certiorari denied. *Aubrey R. Bowles, Jr.* for peti-